So Ordered.

Signed this 28 day of October, 2025.



_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

_____

IN RE: JAMELE F. CAREY

                               ORDER REOPENING CASE

        Debtor

                               Case No. 25-30443-5-wak

                               Chapter 7

_____

Upon the reading and filing of the affirmation of James F. Selbach, Esq., and it appearing that the above captioned case should be reopened pursuant to 11 U.S.C. § 350(b), to accord relief to the Debtor, i.e., to permit the filing of a motion for violation of the automatic stay and after due deliberation, it is

**ORDERED and ADJUDGED** that the above captioned case is hereby reopened; and it is further

**ORDERED and ADJUDGED** that a trustee need not be appointed; and it is further

**ORDERED and ADJUDGED** that the case shall be administratively closed if a motion is not filed and made returnable within sixty (60) days of the date of this Order.

###