United States Bankruptcy Court
Northern District of New York
All Divisions

**This Form Is To Be Used For Motion[3] Calendar Only.**

Case Name: Jamele F. Carey

Case No.: 25-30443-5-wak

Division: Syracuse

Adversary Proceeding No. (if applicable):

☐ Adjournment Request[4] for Hearing on Motion at Docket No.: _____

    Reason for Adjournment Request:

    Original Return Date of Motion:

    Number of prior adjournment request that have been made _____

☐ Notification of Withdrawal of ☐ Motion; ☐ Opposition/Response; ☐ Other: at Docket No.: _____ at Docket No.:

    Based on the agreement of the parties, the Debtor(s) request(s) that the motion be dismissed with prejudice.

☒ Notification of Settlement of Motion at Docket No.: 28
    The parties have entered into a proposed settlement of the motion for $2,000.00. The Debtor(s) request(s) Court approval of the settlement.

Date of Hearing: August 21, 2025

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone and Email Address:
    James F. Selbach, Esq., Selbach Law Offices, P.C., 8809 Daylight Drive, Liverpool, New York 13090, 315.471.6611, jselbach@selbachlawfirm.com

Consent of All Parties Obtained? ☐ Yes ☐ No - ***Absent compelling reasons, adjournments will not be granted without the consent of all parties.***
cc: Jonathan K. Aust, Esq,

    This Form Must Be E-Filed Not Later Than 2 p.m. on the Day Prior
    to the Hearing. When E-Filing, This Form Must Be Linked to the
    Motion to Which the Request/Notification Pertains.

---

[3] See www.nynb.uscourts.gov for the form relative to motion dates.

[4] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)